Núm. 7579.—PUEBLO, apldo. v. LORENZANO, aplte.—C. D. San Juan. Marzo 26, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción de desestimación radicada por el Fiscal de esta Corte Suprema y la certificación expedida por el Secretario de la Corte de. Distrito de San Juan en que se acredita que desde el día .6 de febrero de 1939 en que el acusado apeló de una sentencia condenándolo a tres años de presidio por el delito de falsa representación, no ha radicado en la corte inferior pliego de excepciones, transcripción de evidencia o exposición del caso, ni ha solicitado prórroga alguna para hacerlo, y apareciendo además de la moción de oposición radicada por el acusado que éste no tiene defensa meritoria alguna, se accede a lo solicitado por el Fiscal y se desestima el recurso.

Núm. 8159.—PUEBLO, apldo. v. GARCÍA, aplte.—C. D. San Juan. Abril 9, 1940.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por CUANTO, en enero 25, 1940, el Fiscal solicitó que se desestimara este recurso por abandono; y

Por CUANTO, notificado de la moción, el acusado en febrero 28, 1940, se opuso a la desestimación alegando que había presentado en la corte de distrito una moción, copia de la cual acompañó, en solicitud de un nuevo término para tramitar su apelación; y

Por CUANTO, señalada la vista de la moción para abril 8, 1940, el acusado no compareció ni ha explicado en forma alguna la suerte que ha corrido su solicitud de nuevo término; y

Por CUANTO, la sentencia contra el acusado apelante se dictó desde el once de octubre de 1938 y la apelación se interpuso desde igual fecha sin que se practicara gestión alguna para perfeccionarla hasta más de un año después cuando el apelante fué notificado de la moción del Fiscal y desde esa única gestión hasta la fecha de la vista de la moción había transcurrido más de un mes sin que el apelante compareciera o explicara en forma alguna lo ocurrido:

Por TANTO, vista la ley y la jurisprudencia aplicable, se declara la moción con lugar y en su consecuencia se desestima, por abandono, el recurso.